IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLEN ONYEMA , ET AL. | CRIMINAL ACTION<br>NO. 1:19-CR-464 |

**Petition for Leave of Absence**

The United States of America, by and through counsel, Kurt R. Erskine, Acting United States Attorney for the Northern District of Georgia, and Garrett L. Bradford, Assistant United States Attorney, pursuant to L. CrR 57.1(E)(4), NDGA, files this Petition for Leave of Absence for Garrett L. Bradford in the above styled action from September 28, 2021, to January 10, 2022. Movant intends to take family leave to provide medical care to members of his immediate family. Accordingly, movant requests a leave of absence from September 28, 2021, to January 10, 2022**.**

                                              Respectfully submitted,

                                              KURT R. ERSKINE
                                                *Acting United States Attorney*

                                          /s/GARRETT L. BRADFORD
                                             *Assistant United States Attorney*
                                             Georgia Bar No. 074374
                                             Garrett.Bradford@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 28, 2021

/s/ GARRETT L. BRADFORD

GARRETT L. BRADFORD

*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>ALLEN ONYEMA, ET AL. | CRIMINAL ACTION<br>NO. 1:19-CR-464 |

**ORDER**

Having read and considered the government's Petition for Leave of Absence from September 28, 2021 to January 10, 2022, the Court hereby GRANTS the government's motion.

SO ORDERED this ___ day of _____ 2021.

_____

UNITED STATES DISTRICT JUDGE

Prepared by
Garrett L. Bradford
Assistant United States Attorney
(404) 581-6042