

# U. S. Department of Justice
## United States Attorney
## Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*   *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

November 29, 2021

Courtroom Deputies
U.S. Courthouse
Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Ga 30303

Re:

*US v. Elles, et al, 1:11-cr-00445-AT-AJB-1*
*US v. Uwanbongye Nwokoro, 1:17-cr-00062-SCJ-JSA-1*
*US v. Athan Onyema, et al, 1:19-cr-00464-UNA-1*
*US v. Ebony Mayfield, 1:19-cr-00499-ELR-1*
*US v. Kelvin M. Smith, 1:20-cr-00293-AT-AJB-1*
*US v. Hunter VanPelt, 1:21-cr-00006-MHC-1*
*US v. Hayes, 1:21-cr-00099-MLB-1*
*US v. Richard J. Randolph, 1:21-cr-00118-SDG-1*
*US v. Alexander Horvath, 1:21-mj-00293-JKL-1*
*US v. Abbie Anglin, 2:20-cr-00057-RWS-1*
*US v. Cyprian O. Ukudi, 1:19-CR-00482-LMM-RDC-1*
*US v. Ivan Dexter Chapman, 1:06-CR-00470-RWS-JFK*
*US v. Kevin Rumph, 1:21-CR-00257-MLB*
*US v. Douglas K. Mittleider, 1:21-CR-00141-UNA*
*US v. Robert Kelske, et al, 1:20-CR-00348-UNA*
*US v. Anne Gronek-Gibbs, 1:19-CR-00423-JPB*
*US v. Katrina L. Lawson, et al, 3:21-CR-006-TCB*

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from December 20, 2021 through December 31, 2021. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

KURT R. ERSKINE
*United States Attorney*

*/s/ Christopher J. Huber*

CHRISTOPHER J. HUBER
*Assistant United States Attorney*

cc:  Counsel for Defendants (via CM/ECF)