

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*     *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*               *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

March 17, 2022

Courtroom Deputy
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

|  |  |  |
|---|---|---|
| Re: | U.S. v. Ruiz, et al. | 1:21-cr-00426 |
|  | U.S. v. Cofield, et al. | 1:20-cr-00481 |
|  | U.S. v. Mendoza, et al. | 1:20-cr-00439 |
|  | U.S. v. Rivera Deras, et al. | 1:19-cr-00508 |
|  | U.S. v. Ebony Mayfield | 1:19-cr-00499 |
|  | U.S. v. Tyrus Hamilton | 1:20-cr-00125 |
|  | U.S. v. Allen Onyema | 1:19-cr-00464 |
|  | U.S. v. Ortaz Sharp | 1:19-cr-00128 |
|  | U.S. v. Oscar Camberos Carrillo | 1:22-cr-00002 |
|  | U.S. v. Steward, et al. | 1:19-cr-00435 |
|  | U.S. v. Chulpayev, et al. | 1:18-cr-00449 |

Dear Courtroom Deputy:

   This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from  May 2, 2022 to May 6, 2022. I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                              Sincerely,

                              KURT R. ERSKINE
                              *United States Attorney*


                              */s/ Irina K. Dutcher*

                              IRINA K. DUTCHER
                              *Assistant United States Attorney*


cc:  Counsel for Defendant